# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

RAYON SELLERS                                *
PLAINTIFF                                    *
                                             *
VS.                                          *
                                             *        3:16-cv-00378-SDD-RLB
SN SERVICING CORPORATION,                    *
WILLIAM A. FOGLEMAN,                         *
AND HOUSING OPPORTUNITY                      *
PARTNERS REO, LLC                            *
DEFENDANTS                                   *

### NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Rayon Sellers, plaintiff herein,

who notifies the court that he has settled all claims against all defendants and requests the court enter

a conditional dismissal of their claims against the defendants.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of August, 2018, I electronically filed the
foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic
filing to all counsel of record.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700

Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com