## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYON SELLERS** | * | |
| | * | **CIVIL ACTION NO. 3:16-cv-00378** |
| *Plaintiff* | * | |
| **versus** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **SN SERVICING CORP., WILLIAM A.,** | * | |
| **FOGLEMAN, and HOUSING** | * | |
| **OPPORTUNITY PARTNERS REO, LLC** | * | **MAG. RICHARD L. BOURGEOIS** |
| | * | |
| *Defendants* | * | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, though undersigned counsel, comes plaintiff, Rayon Sellers ("Sellers"), and defendants, SN Servicing Corporation ("SN Servicing"), William A. Fogleman ("Fogleman"), and Housing Opportunity Partners REO, LLC ("HOP") (collectively the "Defendants"), who respectfully submit that a settlement has been reached between all parties, and the parties desire to dismiss all claims of plaintiff against all defendants with prejudice, and with each party to bear its own attorney's fees and costs.

Submitted this the 18th day of June, 2019.

1181353.1

Respectfully Submitted:

**ATTORNEY AT LAW**

*/s/ Garth J. Ridge*
Garth J. Ridge (Bar Roll No. 20589)
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone: (225) 343-0700
Facsimile: (225) 343-7700
**ATTORNEY FOR PLAINTIFF, RAYON SELLERS**

and

**McGLINCHEY STAFFORD, PLLC**

*/s/ Melissa M. Grand*
Michael D. Ferachi (Bar Roll No. 19566), T.A.
Amanda S. Stout (Bar Roll No. 29001)
Melissa M. Grand (Bar Roll. No. 32477)
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
mferachi@mcglinchey.com
astout@mcglinchey.com
mgrand@mcglinchey.com
**ATTORNEYS FOR SN SERVICING CORPORATION, WILLIAM A. FOGLEMAN, AND HOUSING OPPORTUNITY PARTNERS REO, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record in this matter via the Court's CM/ECF electronic filing system, this 18th day of June, 2019.

*/s/Melissa M. Grand*
Melissa M. Grand

1181353.1