## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYON SELLERS** | * | |
| | * | **CIVIL ACTION NO. 3:16-cv-00378** |
| *Plaintiff* | * | |
| versus | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **SN SERVICING CORP., WILLIAM A.,** | * | |
| **FOGLEMAN, and HOUSING** | * | |
| **OPPORTUNITY PARTNERS REO, LLC** | * | **MAG. RICHARD L. BOURGEOIS** |
| | * | |
| *Defendants* | * | |

### JUDGMENT OF DISMISSAL WITH PREJUDICE

**CONSIDERING** the Joint Motion to Dismiss all claims of plaintiff against all defendants with prejudice,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss With Prejudice is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims of the plaintiff asserted against all defendants in the above captioned matter are hereby dismissed with prejudice and with each party to bear its own attorney's fees and costs.

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana on this 18th day of June, 2019.

_____
Judge Shelly D. Dick
United States District Court
Middle District of Louisiana

1181354.1